

# NUMBER 13-18-00614-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ELOY HERACLIO ALCALA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

This cause is currently before the Court on appellant's motion for rehearing of order denying appellant's opposed emergency motion for leave to file his second amended brief that exceeds word limit, to raise additional issues, and to extend submission time for appellee's responsive brief. The second amended brief was filed after the Court's submission of the case on September 29, 2021.

Appellant's motion urges reconsideration of our previous denial for additional briefing on the basis of judicial economy, further asserting the case will likely be reviewed for ineffective assistance. We note that the second amended brief was filed on October 18, 2021, over eighteen months after appellant's first amended brief was filed on April 9, 2020.

The Court, having fully examined and considered appellant's motion for rehearing, is of the opinion that, in the interest of justice, appellant's motion for rehearing should be granted. Appellant's motion for rehearing of order denying appellant's opposed emergency motion for leave to file his second amended brief that exceeds word limit, to raise additional issues, and to extend submission time for appellee's responsive brief is hereby granted. The Court also withdraws its submission.

Under these circumstances and in order to effectuate the proper and complete presentation of this appeal to the Court, we abate this appeal and remove it from the Court's active docket. The appeal shall be reinstated after the State's response brief has been properly and duly filed. The State's response is hereby ordered due thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of October, 2021.

2